**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS RICARDO SAETEROS** <br> ***Petitioner,*** <br><br> **v.** <br><br> **JAMAL L. JAMISON, Warden of the Philadelphia Federal Detention Center, et al.,** <br> ***Respondents.*** | : | **CIVIL ACTION** <br><br><br><br> **No. 26-cv-6481** |

**ORDER**

**AND NOW**, this **11th** day of **September 2026**, upon review of Petitioner Luis Ricardo Saeteros' Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), Respondents' Response to the Petition (ECF No. 5), and the docket, it is hereby **ORDERED** as follows:

1. For the reasons stated by the Third Circuit in *Buele Morocho v. Warden Philadelphia FDC*, --- F.4th ----, Nos. CV 26-1150, 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), which Respondents concede is controlling authority in this case, *see* ECF No. 5 at 1, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).
2. On or before **September 18, 2026**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.
3. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED** for the purpose of holding a bond hearing.

4. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **September 18, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

5. The Parties shall **FILE** a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **September 25, 2026, at 5:00 P.M.** Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**