**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS RICARDO SAETEROS**<br>***Petitioner,***<br><br>**v.**<br><br>**JAMAL L. JAMISON, Warden of the Philadelphia Federal Detention Center, et al.,**<br>***Respondents.*** | : | **CIVIL ACTION**<br><br><br><br><br>**No. 26-cv-6481** |

**ORDER**

**AND NOW**, this **28th** day of **September 2026**, upon review of Respondents' Status Update informing the Court as to the status of Petitioner Luis Ricardo Saeteros's bond hearing ("Respondents' Status Update") (ECF No. 7), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED**.
2. The Clerk of Court is directed to **CLOSE** the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**